# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JoAnn Chase et al., | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) **ORDER RE BRIEFING SCHEDULE**<br>) **FOR AMENDED MOTION TO**<br>) **DISMISS** |
| Andeavor Logistics, L.P, Andeavor, f/n/a Tesoro Corporation, Tesoro Logistics GP, LLC, Tesoro Companies, Inc., and Tesoro High Plains Pipeline Company, LLC, | )<br>)<br>)<br>) Case No. 1:19-cv-143 |
| Defendants. | )<br>) |

Plaintiffs filed this action in the Western District of Texas. On July 10, 2019, the district court in the Western District of Texas issued an order denying defendants' Amended Motion to Dismiss without prejudice to refiling and transferring this case to the District of North Dakota.

On July 24, 2019, the parties filed with this court a Consent Motion of Stipulated Briefing Schedule. The court **GRANTS** the parties' motion (Doc. No. 69), **ADOPTS** their briefing schedule, and **ORDERS**:

1. Defendants shall refile their Amended Motion to Dismiss and supporting memoranda August 7, 2019;

2. Plaintiffs shall file their response to the motion by September 4, 2019; and

3. Defendants shall file their reply in support of the motion by October 2, 2019.

Dated this 26th day of July, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court