Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Joann Chase, et al.

    Plaintiffs,

vs.

Andeavor Logistics, L.P., et al.

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:19-cv-143

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order entered on April 6, 2020, the Court GRANTS the Defendants' Motion to Dismiss without prejudice on the grounds that the Plaintiffs have failed to exhaust administrative remedies. As a result, the Court DENIES AS MOOT the remaining grounds of the Defendants' Motion to Dismiss.

Date:  April 6, 2020

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Renee Hellwig, Deputy Clerk*