Local AO 450 (rev. 1/23)

# United States District Court
## *District of North Dakota*

Joann Chase, et al.,

       Plaintiffs,

Andeavor Logistics, L.P., et al.,

       Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No.   1:19-cv-143

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Pursuant to the Order dated August 8, 2023, the Court GRANTS, in part, the Defendants' Amended Motion to Dismiss insofar as it seeks to dismiss the Allotees' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Accordingly, the First Amended Complaint is dismissed with prejudice.

Date:  August 8, 2023

KARI M. KNUDSON, CLERK OF COURT

by:  */s/ Janelle Brunner, Deputy Clerk*