**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JoAnn Chase, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:19-cv-143 |
| Andeavor Logistics, L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |

On September 9, 2026, Plaintiffs' filed a Motion to Substitute Party pursuant to Fed. R. Civ. P. 25(a)(1). (Doc. No. 151). The court **GRANTS** the motion (Doc. No. 151). Elsie R. Hapip, in her capacity as Personal Representative of the Estate of Josephine Inez Parenteau, Deceased, shall be substituted in place of Ms. Parenteau as a party in this matter.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2026.

*/s/ Clare R. Hochalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court